■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD FRAWLEY, Appellant. [821 NYS2d 920]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 1, 1987 (*People v Frawley*, 131 AD2d 504 [1987]), affirming a judgment of the Supreme Court, Queens County, rendered October 1, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Schmidt, JJ., concur.